UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JANICE WALTINA KELLEY                         CASE NO. 20-10784
3222 LAWNDALE DRIVE APT L                     JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27408

　　　　DEBTOR

SSN(1) XXX-XX-5285                            DATE: 07/07/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| AFNI INC<br>404 BROCK DR<br>P O BOX 3097<br>BLOOMINGTON, IL  61701 | $0.00<br>INT:  .00%<br>NAME ID: 157487<br>CLAIM #:  0008 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 78367<br>PHOENIX, AZ  85062-8367 | $0.00<br>INT:  .00%<br>NAME ID: 144507<br>CLAIM #:  0005 | | (S) SECURED<br>SURRENDERED<br>ACCT: 1069<br>COMMENT: OC,15KIA,REL |
| AT&T MOBILITY II LLC<br>% AT&T SERVICES INC<br>ONE AT&T WAY STE 3A104<br>BEDMINSTER, NJ  07921 | $556.75<br>INT:  .00%<br>NAME ID: 142518<br>CLAIM #:  0009 | | (U) UNSECURED<br><br>ACCT: 3822<br>COMMENT: |
| CAPITAL ONE<br>P O BOX 3043<br>MILWAUKEE, WI  53201-3043 | $0.00<br>INT:  .00%<br>NAME ID: 143005<br>CLAIM #:  0011 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: KOHLS |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $2,749.51<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #:  0010 | | (U) UNSECURED<br><br>ACCT: 8818<br>COMMENT: |
| CHARTER COMMUNICATIONS<br>NKA SPECTRUM<br>400 ATLANTIC ST 10TH FLOOR<br>STAMFORD, CT  06901 | $0.00<br>INT:  .00%<br>NAME ID: 167520<br>CLAIM #:  0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | $13,613.00<br>INT: 5.25%<br>NAME ID: 146357<br>CLAIM #:  0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 5732<br>COMMENT: 16JEEP |
| CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | $2,551.37<br>INT:  .00%<br>NAME ID: 146357<br>CLAIM #:  0007 | | (U) UNSECURED<br><br>ACCT: 5732<br>COMMENT: SPLIT |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| CONN APPLIANCES INC<br>% BECKET & LEE LLP<br>P O BOX 3002<br>MALVERN, PA  19355 | $1,365.10<br>INT: .00%<br>NAME ID: 169961<br>CLAIM #: 0006 | | (U) UNSECURED<br><br>ACCT: 6930<br>COMMENT: |
| CONVERGENT OUTSOURCING INC<br>800 SW 39TH ST<br>P O BOX 9004<br>RENTON, WA  98057 | $0.00<br>INT: .00%<br>NAME ID: 157789<br>CLAIM #: 0015 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDENCE RESOURCE MANAGEMENT LLC<br>17000 DALLAS PKWY STE 204<br>DALLAS, TX  75248 | $0.00<br>INT: .00%<br>NAME ID: 159843<br>CLAIM #: 0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DAVE PAYDAY LOAN<br>1265 S COCHRAN AVE<br>LOS ANGELES, CA  90019 | $0.00<br>INT: .00%<br>NAME ID: 183458<br>CLAIM #: 0017 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DIAGNOSTIC RADIOLOGY & IMAGING<br>1331 N ELM ST STE 200<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 153236<br>CLAIM #: 0018 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DIVERSIFIED CONSULTANTS<br>P O BOX 551268<br>JACKSONVILLE, FL  32255 | $0.00<br>INT: .00%<br>NAME ID: 71451<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EARNIN<br>P O BOX 46<br>PALO ALTO, CA  94302-0046 | $0.00<br>INT: .00%<br>NAME ID: 183263<br>CLAIM #: 0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FINGERHUT CREDIT ACCOUNT SERVICE<br>% WEB BANK<br>P O BOX 1250<br>SAINT CLOUD, MN  56395 | $0.00<br>INT: .00%<br>NAME ID: 155910<br>CLAIM #: 0021 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FRANKLIN COLLECTION SERVICE<br>P O BOX 3910<br>TUPELO, MS  38803-3910 | $0.00<br>INT: .00%<br>NAME ID: 22423<br>CLAIM #: 0022 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GATE CITY ANESTHESIA<br>% WAKEFIELD AND ASSOCIATES INC<br>P O BOX 50250<br>KNOXVILLE, TN  37950-0250 | $1,320.00<br>INT: .00%<br>NAME ID: 183708<br>CLAIM #: 0038 | | (U) UNSECURED<br><br>ACCT: 6795<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 5285<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $949.31<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0012 | | (U) UNSECURED<br><br>ACCT: 1813<br>COMMENT:  WALMART |
| LVNV FUNDING LLC<br>625 PILOT RD STE 2/3<br>LAS VEGAS, NV  89119 | $0.00<br>INT: .00%<br>NAME ID: 159517<br>CLAIM #: 0023 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $1,257.27<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0024 | | (U) UNSECURED<br><br>ACCT: 4383<br>COMMENT:  CARE CREDIT |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $161.95<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $16.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0039 | | (U) UNSECURED<br><br>ACCT: /PEN<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $4,247.93<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0026 | | (U) UNSECURED<br><br>ACCT: 0214<br>COMMENT: |
| PIEDMONT ORTHOPEDICS<br>P O BOX 14924<br>GREENSBORO, NC  27415 | $0.00<br>INT: .00%<br>NAME ID: 164376<br>CLAIM #: 0027 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PINNACLE FINANCIAL GROUP<br>P O BOX 4115<br>CONCORD, CA  94524 | $0.00<br>INT: .00%<br>NAME ID: 116182<br>CLAIM #: 0028 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $904.11<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0025 | | (U) UNSECURED<br><br>ACCT: 6693<br>COMMENT:  NTB/CITIBANK |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $109.43<br>INT: .00%<br>NAME ID: 183468<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 4971<br>COMMENT:  VICTORIA'S SECRET |
| RECEIVABLES PERFORMANCE<br>20816 44TH AVE W<br>LYNNWOOD, WA  98036 | $0.00<br>INT: .00%<br>NAME ID: 132782<br>CLAIM #: 0029 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0030 | | (S) SECURED<br>SURRENDERED<br>ACCT: 6479<br>COMMENT:  OC,SHARES,REL |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $476.41<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0040 | (U) UNSECURED<br><br>ACCT: 6479<br>COMMENT: SPLIT |
| STERN & ASSOCIATES<br>P O BOX 14899<br>GREENSBORO, NC  27415 | $0.00<br>INT: .00%<br>NAME ID: 146724<br>CLAIM #: 0031 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STEVEN ARMBRUSTER MD<br>520 N ELAM AVE 3RD FL<br>GREENSBORO, NC  27403 | $0.00<br>INT: .00%<br>NAME ID: 183459<br>CLAIM #: 0032 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SUMMIT CREDIT UNION<br>8210 W MARKET ST<br>GREENSBORO, NC  27409 | $0.00<br>INT: .00%<br>NAME ID: 7239<br>CLAIM #: 0033 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SUMMIT CREDIT UNION<br>8210 W MARKET ST<br>GREENSBORO, NC  27409 | $0.00<br>INT: .00%<br>NAME ID: 7239<br>CLAIM #: 0034 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $779.07<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0035 | (U) UNSECURED<br><br>ACCT: 6348<br>COMMENT: PAYPAL |
| T-MOBILE/T-MOBILE USA INC<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 248848<br>OKLAHOMA CITY, OK  73124-8848 | $325.71<br>INT: .00%<br>NAME ID: 176092<br>CLAIM #: 0036 | (U) UNSECURED<br><br>ACCT: 6544<br>COMMENT: |
| TRI STATE ADJUSTMENTS INC<br>P O BOX 3219<br>LA CROSSE, WI  54602-3219 | $76.47<br>INT: .00%<br>NAME ID: 135379<br>CLAIM #: 0037 | (U) UNSECURED<br><br>ACCT: 5285<br>COMMENT: |
| **TOTAL:** | **$31,459.39** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/07/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice